FILED 27 APR '26 11:55 USDC-ORE

Eva Bortnick
PO Box 1072
Waldport, OR 97394
541-563-2962
Whiteeagle2@protonmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

EVA BORTNICK                                      Case No.: 6:25-cv-01072-MTK

Plaintiff,

v.                                               MOTION FOR EXTENSION OF TIME

HOUSING AUTHORITY OF LINCOLN
COUNTY

Defendant.

1.      I respectfully request an extension of time to prepare summons, to provide summons, and to complete the US Marshalls Service Form pursuant to the April 13, 2026 Court order.

2.      I request this extension of time in order to submit a Motion to Amend my complaint to clarify for the Court "whether the accommodation Plaintiff sought was reasonable or whether it would impose a 'fundamental alteration in the nature of the program or undue financial or administrative burden.' *Giebler v. M&B Assocs.*, 343 F.3d 1143, 1157 (9th Cir. 2003)," pursuant to the Court Opinion and Order of March 20, 2026.

3.      I respectfully request a thirty day extension to submit my Motion to Amend Complaint *(Federal Rules of Civil Procedure*: "The court should freely give leave when justice so requires." ), and continuance thereafter to provide summons.

Motion for Extension of Time          6:25-cv-01072-MTK                                      1

Dated: __April 24, 2026_____.

Eva Bortnick