FILED 06 OCT '26 09:16 USDC-ORE

Eva Bortnick
PO Box 1072
Waldport, OR 97394
541-563-2962
Whiteeagle2@protonmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

EVA BORTNICK

Case No.: 6:25-cv-01072-MTK

Plaintiff.

v.

HOUSING AUTHORITY OF
LINCOLN COUNTY

Defendant.

---

1. On Sept. 29, 2026, I submitted two papers, which were drafts because I did not yet have any rulings on my outstanding motions, and did not want to miss the opportunity to submit a reply to Def's MTD and other papers in light of the Court's deadline of 9/30/26. (9/14/26)

2. Those documents were a Reply to Def's MTD, Motion to Amend Complaint, and six exhibits.

3. As stated in the Motion and Reply, the documents were submitted only in the event my outstanding motions were not granted.

4. On 9/30/26, the court granted my motion for extension of time.

5. Therefore, I reqvest that the documents I submitted on 9/29/26 be sealed and not considered by the Court so that I may submit properly formatted, written, and cited documents in light of the Court's 9/30/26 order.

Oct. 2, 2026

Eva Bortnick
Eva Bortnick